O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6753-AHM (AJWx) | Date | May 12, 2009 |
|---|---|---|---|
| Title | SURFWARE, INC. v. CELERITIVE TECHNOLOGIES, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steve Hanle | C. Mark Kittredge |
| Jennifer A. Trusso | Dan L. Bagatell |

**Proceedings:**     *Markman* Hearing (non-evidentiary)

Court circulates its outline of tentative constructions and hears oral argument. For reasons stated on the record, the Court takes the matter under submission.

Parties are ordered to obtain a transcript of this hearing and to split the cost of the court reporter's fee.

|  | 1 | : | 36 |
|---|---|---|---|
| | Initials of Preparer | | SMO |