O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6753 AHM (AJWx) | Date | June 23, 2009 |
|---|---|---|---|
| Title | SURFWARE, INC. v. CELERITIVE TECHNOLOGIES, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    In Plaintiff's Reply brief on the pending Motion for Partial Summary Judgment on Invalidity Defenses and Counterclaim,[1] it raised for the first time the argument that Defendant Coleman's written assignment contract assigned to Surfware both "continuations-in-part" and "reissues."  Not only did Plaintiff fail to raise this argument in its Motion, it actually omitted the relevant contract language from its blockquote of the agreement.  Motion at 3:8-13.  The Court therefore ORDERS Defendants to file a sur-reply of not longer than seven pages addressing *only* this new argument, by not later than July 1, 2009.

                                                                                                                        :

Initials of Preparer   se

---

[1] Docket No. 125.